IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00594-RJC-SCR

| | |
|---|---|
| LYNNE CURRAN, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   **ORDER** |
| HONEYWELL INTERNATIONAL, INC., | ) |
| | ) |
|       Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Kevin Laukaitis]" (Doc. No. 4) filed September 27, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 27, 2023

Susan C. Rodriguez
United States Magistrate Judge