THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LYNNE CURRAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | CIVIL ACTION NO.: <br> 3:23-cv-00594-RJC-SCR |
| DEBBIE JEFFERSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | CIVIL ACTION NO.: <br> 3:23-cv-00603-FDW-DCK |
| CATHERINE DUNN and DAVE VALENTINE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | CIVIL ACTION NO.: <br> 3:23-cv-00607-MOC-DCK |

1

| | |
|---|---|
| DONALD WESCOTT, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION NO.:
3:23-cv-00631-KDB-DCK

# ORDER GRANTING CONSOLIDATION OF RELATED ACTIONS AND APPOINTING INTERIM CO-LEAD CLASS COUNSEL

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Consolidate Related Actions and Appoint Interim Co-Lead Class Counsel, (3:23-cv-00594-RJC-SCR, Doc. No. 17). On review of that motion and accompanying memorandums and exhibits, the Court finds that consolidation of the above-captioned Related Actions and appointment of interim co-lead class counsel in this proposed class action will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

**IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED** as set forth below:

1. Pursuant to Fed. R. Civ. P. 42, the Court hereby consolidates (1) *Curran v. Honeywell International Inc.*, No. 3:23-cv-00594-RJC-SCR (W.D.N.C.); (2) *Jefferson v. Honeywell International Inc.*, No. 3:23-cv-00603-FDW-DCK (W.D.N.C.); (3) *Dunn, et. al, v. Honeywell International Inc.*, No. 3:23-cv-00607-MOC-DCK (W.D.N.C.); and (4) *Wescott v. Honeywell International Inc.*, No. 3:23-cv-00631-KDB-DCK (W.D.N.C.) (each

2

a "Related Action" and together the "Consolidated Action") under the lowest numbered action, with the new title "*In re Honeywell International Inc. Data Breach Litigation*" under Master File No. 3:23-cv-00594-RJC-SCR.

2.  No further filings shall be made in Case Nos. 3:23-cv-00603-FDW-DCK, 3:23-cv-00607-MOC-DCK, or 3:23-cv-00631-KDB-DCK, which shall be administratively closed. All current deadlines in the Related Actions shall be stayed until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within the next forty-five (45) days, as further set forth below. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3.  All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

4.  Plaintiffs shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days. If the Court determines that the case is related, the clerk shall:

    a.  Place a copy of this Order in the separate docket for such action;

    b.  Serve on Plaintiff's counsel in the new case a copy of this Order;

    c.  Direct this Order to be served upon Defendant(s) in the new case; and

    d.  Make the appropriate entry on the Master Docket.

5. Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within forty-five (45) days of the date of this Order. Defendant shall have forty-five (45) days from the date on which Plaintiffs file the Consolidated Complaint to file a response thereto. In the event that Defendant's response is a motion to dismiss, Plaintiffs shall have thirty (30) days to file their opposition brief, and Defendant shall have twenty-one (21) days to file a reply brief.

**IT IS FURTHER ORDERED** that, having given due consideration to the relevant factors set forth in the Motion, and finding that the proposed counsel meet the requirements thereunder, the following are appointed and shall serve as overall Plaintiffs' Interim Co-Lead Class Counsel:

1. Kevin Laukaitis of Laukaitis Law
2. William Federman of Federman & Sherwood

Plaintiffs' Interim Co-Lead Class Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class and to provide general supervision of the activities of Plaintiffs' counsel in the Consolidated Action. It is the Court's intent that, as to all matters common to these coordinated cases, and to the fullest extent consistent with the independent fiduciary obligations owed by any and all Plaintiffs' counsel to their clients and any putative class, pretrial proceedings shall be conducted by and through Co-Lead Interim Class Counsel.

It is, hereby, **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**SO ORDERED.**

Signed: December 1, 2023

Robert J. Conrad, Jr.
United States District Judge