UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: HONEYWELL INTERNATIONAL INC. DATA BREACH LITIGATION | CIVIL ACTION NO: 3:23-cv-00594<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lynne Curran, Debbie Jefferson, Catherine Dunn, Dave Valentine, Donald Wescott ("Plaintiffs"), by and through their counsel, notice the Court of the voluntary dismissal of claims against Defendant Honeywell International Inc. ("Defendant") without prejudice. Plaintiffs dismiss claims before Defendant has served either an answer or a motion for summary judgment. Plaintiffs will continue to remain potential class members.

Dated: March 5, 2024

Respectfully submitted,

*s/ David M. Wilkerson*
David M. Wilkerson
NC State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 N. Market Street
Asheville, NC 28801
T: (828) 258-2991
dwilkerson@vwlawfirm.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis
(admitted *pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

William B. Federman (Admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
wbf@federmanlaw.com

*Interim Co-Lead Counsel for the Class*


Mason A. Barney Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
T: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
T: (866) 252-0878
dlietz@milberg.com


*Counsel for Plaintiffs*